

**RIKER DANZIG SCHERER HYLAND PERRETTI LLP**

ATTORNEYS AT LAW

Scott E. Reynolds
Counsel

Direct:
t: 973.451.8574
sreynolds@riker.com
Reply to: Morristown



October 13, 2010

Honorable Alvin P. Hellerstein
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

So ordered
10-14-10
A/c Hellerstein

Re: **Sovereign Bank v. Northern Leasing Systems Inc.**
    **Civil Action No. 10-cv-5530**

Dear Judge Hellerstein:

We are writing to advise the Court that this firm is no longer counsel of record for Plaintiff, Sovereign Bank in the above-captioned matter. Pursuant to a Substitution of Attorney filed with the Court on September 1, 2010, this firm was replaced as counsel of record for plaintiff by Louis T. Delucia, Esq. of Schiff Hardin LLP, 900 Third Avenue, Twenty-Third Floor, New York, New York 10022.

We have forwarded to Mr. Delucia the Notice of Court Conference (scheduled to take place on November 5, 2010) received from Your Honor's chambers.

Respectfully yours,

Scott E. Reynolds
SER/cdh

cc: Louis T. Delucia, Esq.

4081328.1



Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com