UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
SOVERIGN BANK,

        Plaintiff,

- against -

NORTHERN LEASING SYSTEMS, INC.,

        Defendant.

-------------------------------------------------------------------- X

10 Civ. 05530 (AKH)

ECF Case

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rules of Civil Procedure, Rule 7.1, defendant Northern Leasing System, Inc. ("Northern Leasing"), by and through its attorneys, Moses & Singer LLP, states:

      1) Northern Leasing, a private nongovernmental party, certifies that there is no publicly-held corporation that holds more than 10% of the membership units of said party.

Dated: New York, New York
       October 22, 2010

MOSES & SINGER LLP

    s/ Ruth C. Haber
    Ruth C. Haber (RH0406)
    Moses & Singer LLP
    405 Lexington Avenue
    New York, New York 10174-1299
    Tel.: 212-554-7800
    Fax: 212-554-7700
    rhaber@mosessinger.com

*Attorneys for Defendant*
*Northern Leasing System, Inc.*

844621v1  011082.0125