UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOVEREIGN BANK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:10-CV-05530 (AKH) |
| NORTHERN LEASING SYSTEMS, INC., | ) |
| Defendants. | ) |

## NOTICE OF MOTION BY PLAINTIFF SOVEREIGN BANK FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of William Kendall, dated October 25, 2010, and exhibits annexed thereto, proposed statement of facts as to which there is no material issue to be tried and upon all prior proceedings and pleadings, Sovereign Bank ("*Sovereign*"), by and through its undersigned counsel, will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1050, New York, New York 10007-1312, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Sovereign summary judgment in its favor and for such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         November 1, 2010

SCHIFF HARDIN LLP

By: /s/ Louis T. DeLucia
Louis T. DeLucia
Carl W. Oberdier
Matthew L. Curro
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

*Attorneys for Sovereign*

**PLAINTIFF SOVEREIGN BANK'S MOTION FOR SUMMARY JUDGMENT**
**TABLE OF CONTENTS**

I. **Declaration of William Kendall in Support of Sovereign Bank's Motion for Summary Judgment**

    **Exhibit 1**    2007 Loan Agreement

    **Exhibit 2**    2008 Loan Agreement

    **Exhibit 3**    2009 Loan Agreement

    **Exhibit 4**    Amended and Restated Promissory Note No. 1, effective August 29, 2007

    **Exhibit 5**    Amended and Restated Promissory Note No. 2, effective September 27, 2007

    **Exhibit 6**    Amended and Restated Promissory Note No. 3, effective October 31, 2007

    **Exhibit 7**    Amended and Restated Promissory Note No. 1, effective July 2, 2008

    **Exhibit 8**    Amended and Restated Promissory Note No. 2, effective September 5, 2008

    **Exhibit 9**    Amended and Restated Promissory Note No. 3, effective October 30, 2008

    **Exhibit 10**    Amended and Restated Promissory Note No. 4, effective December 30, 2008

    **Exhibit 11**    Promissory Note No. 1, effective September 4, 2009

    **Exhibit 12**    Servicer Limited Guaranty, dated as of August 29, 2007

    **Exhibit 13**    Servicer Limited Guaranty, dated as of July 2, 2008

    **Exhibit 14**    Servicer Limited Guaranty, dated as of September 4, 2009

    **Exhibit 15**    Letter, dated June 18, 2010

II. **Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of Plaintiff Sovereign Bank's Motion for Summary Judgment**

III. **Memorandum of Law in Support of Plaintiff Sovereign Bank's Motion for Summary Judgment**