SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
Louis T. DeLucia, Esq.
Carl W. Oberdier, Esq.
Matthew L. Curro, Esq.
Telephone: (212) 753-5000
Facsimile: (212) 753-5454
Attorneys for the Plaintiff Sovereign Bank

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

SOVEREIGN BANK,

Plaintiff,

v.

NORTHERN LEASING SYSTEMS, INC.

Defendant.
------------------------------------------------------------ x

Case No.: 1:10-CV-05530 (AKH)

## AFFIDAVIT OF SERVICE

LOUIS P. BONILLA, being duly sworn, deposes and says:

1. I am over the age of eighteen years, I am employed by Schiff Hardin LLP located at 900 Third Avenue, New York, New York, and I am not a party to the above entitled action.

2. On the 1st day of November, 2010, I caused a true and correct copy of the NOTICE OF MOTION BY PLAINTIFF SOVEREIGN BANK FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE, DECLARATION OF WILLIAM KENDALL IN SUPPORT OF SOVEREIGN BANK'S MOTION FOR SUMMARY JUDGMENT with ATTACHED EXHIBITS 1 THROUGH 15, STATEMENT OF UNDISPUTED FACTS and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF SOVEREIGN BANK'S MOTION FOR SUMMARY JUDGMENT *via* Federal Express Over Night Next Business Day Delivery to Defendant's counsel:

- Ruth C. Haber, Esq.
- Moses & Singer LLP
- 405 Lexington Avenue
- New York N,.Y. 10174

_____
LOUIS P. BONILLA

Sworn to before me this
1st day of November, 2010

_____
Notary Public

NY\50551984.1

PATRICIA A PILEGGI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PI6127465
Qualified in Kings County
Commission Expires September 24, 2013