# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Ruth C. Haber
Direct: 212.554.7896  Fax: 917.206-4396
rhaber@mosessinger.com



RECEIVED
OCT 29 2010
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

October 29, 2010

**VIA FACSIMILE (212-805-7942)**
Honorable Alvin K. Hellerstein
United States District Court
United States Court House
500 Pearl Street, Room 1050
Courtroom: 14D
New York, New York 10007

*[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/2/10]*

*adjourned
11-2-10
[signature] AKH*

Re: **Sovereign Bank v. Northern Leasing Systems, Inc.**
    **Case No. 10 Civ. 5530 (AKH)**

Dear Judge Hellerstein:

This office represents Defendant in the above-referenced action.

I am writing on behalf of all parties to this action, with the concurrence of counsel for Plaintiff, to request an adjournment of the conference before your Honor that is currently scheduled for November 5, 2010 at 10:00 A.M. This is the first time the conference is scheduled, and the parties' first request for an adjournment of the conference. The parties request a one week adjournment, to November 12, 2010 at 10:00 A.M.

Thank you for your consideration.

Respectfully submitted,

Ruth C. Haber

RCH:r
cc: Louis DeLucia, Esq. (Via Facsimile 212-745-5044)

845608v1  011082.0125