


**SCHIFFHARDIN**LLP

900 Third Avenue, 23rd Floor
New York, New York 10022

t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Matthew L. Curro
212-745-9572
mcurro@schiffhardin.com

November 5, 2010

<u>**VIA FACSIMILE (212-805-7942)**</u>

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
United States Court House
500 Pearl Street, Room 1050
Courtroom 14D
New York, New York 10007

    Re:    <u>**Sovereign Bank v. Northern Leasing Systems, Inc.**</u>**, Case No. 10-CV-5530 (AKH)**

Dear Judge Hellerstein:

    This firm represents Sovereign Bank in the above-captioned action. I am writing on behalf of all parties to this action, with the agreement of counsel for the Defendant, to request an adjournment of the court conference before Your Honor that is currently scheduled for November 12, 2010 at 10:00 A.M. The conference was previously scheduled for November 5, 2010. The parties requested one adjournment for this conference, which was granted by the Court. The parties now request one additional one-week adjournment of the conference to November 19, 2010 at 10:00 A.M.

    Thank you for your consideration.

Respectfully submitted,

Matthew L. Curro

MLC:MLC

cc:    Ruth C. Haber, Esq. (via Email only)
       Louis T. DeLucia, Esq. (via Email only)
       Carl W. Oberdier, Esq. (via Email only)

NY\50893990.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F: 11/8/10