Ruth C. Haber, Esq.
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Tel: (212)-554-7800
rhaber@mosessinger.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOVEREIGN BANK,<br><br>                Plaintiff,<br><br>        -against-<br><br>NORTHERN LEASING SYSTEMS, INC.<br><br>                Defendant | Case No. 10 CIV05530 (AKH)<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that I caused a true and correct copy of:

      1) DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,

      2) DECLARATION OF RON KINCHELOE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

      3) DEFENDANT NORTHERN LEASING SYSTEM INC'S OPPOSITION TO PLAINTIFF SOVEREIGN BANK'S MOTION FOR SUMMARY JUDGMENT, "TABLE OF CONTENTS"

      4) DEFENDANT'S COUNTER-STATEMENT PURSUANT TO LOCAL RULE 56.1(b) IN OPPOSITION TO PLAINTIFF SOVEREIGN BANK'S MOTION FOR SUMMARY JUDGMENT

to be served via U.S. Regular Mail, this 17th day of December, 2010 to:

                Mr. Louis DeLucia, Esq.
                Schiff Hardin LLP
                900 3rd Avenue
                New York, NY 10022

                                              */s/ Raymond Torres*
                                              Raymond Torres