# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Ruth C. Haber
Direct: 212.554.7896  Fax: 917.206.4396
rhaber@mosessinger.com



RECEIVED
DEC 10 2010
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

December 10, 2010

So Ordered,
12-20-10
/s/ Alvin K. Hellerstein

**VIA FACSIMILE (212-805-7942)**
Honorable Alvin K. Hellerstein
United States District Court
United States Court House
500 Pearl Street, Room 1050
Courtroom: 14D
New York, New York 10007

Re: **Sovereign Bank v. Northern Leasing Systems, Inc.**
    **Case No. 10 Civ. 5530 (AKH)**

Dear Judge Hellerstein:

This office represents Defendant in the above-referenced action.

On November 19, 2010, the parties appeared before your Honor and following a discussion of the motion for summary judgment that had been filed by Plaintiff, advised you that the parties had agreed to a briefing schedule that provided for Defendant's opposition to be served on December 10, 2010, and Plaintiff's reply on December 23, 2010. While no order was issued encompassing those dates, we believe your Honor and/or your Clerk made note of them.

We are writing to advise that we have agreed to an extension of those dates, so that Defendant's opposition is now due on December 17, and Plaintiff's reply is due on January 7, 2011.

Thank you for your consideration.

Respectfully submitted,

Ruth C. Haber

RCH:r
cc: Louis DeLucia, Esq. (Via Facsimile 212-745-5044)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/10

852272v1 011082.0125