

# SCHIFF HARDIN LLP

Louis T. DeLucia
212-745-0853
ldelucia@schiffhardin.com

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022

t 212.753.5000
f 212.753.5044
www.schiffhardin.com



RECEIVED
JAN 07 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

January 7, 2010

**VIA FACSIMILE (212-805-7942)**

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
United States Court House
500 Pearl Street, Room 1050
Courtroom 14D
New York, New York 10007

*So ordered*
*1/7/11*
*Alv C Hell[erstein]*

Re: **Sovereign Bank v. Northern Leasing Systems, Inc., Case No. 10-CV-5530 (AKH)**

Dear Judge Hellerstein:

This office represents the Plaintiff, Sovereign Bank, in the above-referenced action.

On November 19, 2010, the parties appeared before your Honor and following a discussion of the motion for summary judgment that had been filed by Plaintiff, advised you that the parties had agreed to a briefing schedule that provided for Defendant's opposition to be served on December 10, 2010, and Plaintiff's reply on December 23, 2010. While no order was issued encompassing those dates, we believe your Honor and/or your Clerk made note of them. Thereafter, with the consent of all parties, the due date for the Defendant's opposition was extended to December 17, 2010. Defendants have since filed their opposition.

We are writing to advise that the parties have agreed to an extension of the date Plaintiff's reply is due to **January 21, 2011**.

Thank you for your consideration.

Respectfully submitted,

Louis T. DeLucia
Louis T. DeLucia

LTD/mrv

cc: Ruth C. Haber, Esq. (via Email only)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/11