**SchiffHardin**



Louis T. DeLucia
212-745-0853
ldelucia@schiffhardin.com

900 Third Avenue
New York, New York 10022

t 212.753.5000
f 212.753.5044
www.schiffhardin.com

January 21, 2010

**VIA FACSIMILE (212-805-7942)**

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
United States Court House
500 Pearl Street, Room 1050
Courtroom 14D
New York, New York 10007

So ordered
1-21-11
[signature]

Re:   Sovereign Bank v. Northern Leasing Systems, Inc., Case No. 10-CV-5530 (AKH)

Dear Judge Hellerstein:

This office represents the Plaintiff, Sovereign Bank, in the above-referenced action.

On November 19, 2010, the parties appeared before your Honor and following a discussion of the motion for summary judgment that had been filed by Plaintiff, advised you that the parties had agreed to a briefing schedule that provided for Defendant's opposition to be served on December 10, 2010, and Plaintiff's reply on December 23, 2010. While no order was issued encompassing those dates, we believe your Honor and/or your Clerk made note of them. Thereafter, with the consent of all parties, the due date for the Defendant's opposition was extended to December 17, 2010. Defendants have since filed their opposition.

We are writing to advise that the parties have agreed to an extension of the date Plaintiff's reply is due to <u>February 11, 2011</u>. Thank you for your consideration.

Respectfully submitted,

Louis T. DeLucia

LTD/mrv

cc:   Ruth C. Haber, Esq. (via Email only)

NY\50934387.1

USDC SDNY
DOC...
EL... FILED
DOC #:
DATE FILED: 1/21/11

Chicago | Washington | New York | Lake Forest | Atlanta | San Francisco | Boston