

**SCHIFFHARDIN**LLP

900 Third Avenue
New York, New York 10022
212.753.5000
212.753.5044
www.schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/11

RECEIVED
FEB 1 1 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

February 11, 2011

*So ordered. No further
extensions.
2-14-11
[signature] AKH 2/14/11*

VIA FACSIMILE (212-805-7942)

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street, Room 1050
Courtroom 14D
New York, New York 10007

Re: **Sovereign Bank v. Northern Leasing Systems, Inc., Case No. 10-CV-5530 (AKH)**

Dear Judge Hellerstein:

This office represents the Plaintiff, Sovereign Bank, in the above-referenced action.

On November 19, 2010, the parties appeared before your Honor and following a discussion of the motion for summary judgment that had been filed by Plaintiff, advised you that the parties had agreed to a briefing schedule that provided for Defendant's opposition to be served on December 10, 2010, and Plaintiff's reply on December 23, 2010. While no order was issued encompassing those dates, we believe your Honor and/or your Clerk made note of them. Thereafter, with the consent of all parties, the due date for the Defendant's opposition was extended to December 17, 2010. Defendants have since filed their opposition.

We are writing to advise that the parties are engaged in settlement discussions and have agreed to a further extension of the date Plaintiff's reply is due from February 11, 2011 through and until Friday, **February 25, 2011**.

Thank you for your consideration.

Respectfully submitted,

Louis T. DeLucia

LTD/mrv

cc: Ruth C. Haber, Esq. (via Email only)

NY\50934387.2

Chicago | Washington | New York | Lake Forest | Atlanta | San Francisco | Boston