# MOSES & SINGER LLP



THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Ruth C. Haber
Direct: 212.554.7896  Fax: 917.206-4396
rhaber@mosessinger.com

March 30, 2011

**VIA FACSIMILE (212-805-7942)**
Honorable Alvin K. Hellerstein
United States District Court
United States Court House
500 Pearl Street, Room 1050
Courtroom: 14D
New York, New York 10007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case, and to terminate the pending motion.

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein, U.S.D.J.
Date: 3/30/11

Re: Sovereign Bank v. Northern Leasing Systems, Inc.
    Case No. 10 Civ. 5530 (AKH)

Dear Judge Hellerstein:

This office represents Defendant in the above-referenced action.

Your Honor has scheduled oral argument of Plaintiff's motion for summary judgment for April 7, 2011 at 4:00 p.m. I am writing with the consent of Plaintiff to request an adjournment of the oral argument for approximately thirty (30) days. This is the first request for an adjournment of the oral argument of the motion.

The reason for the requested adjournment is that the parties have drafted and are exchanging term sheets for a possible settlement of the action, which will involve a modification of the pertinent loan documents between the parties. We expect it to take additional time to finalize.

Accordingly, we respectfully request that oral argument be re-scheduled for May 9, 2011. Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/11

Respectfully submitted,

/s/ Ruth C. Haber
Ruth C. Haber

RCH:r
cc: Louis DeLucia, Esq. (Via Facsimile 212-753-5044)

867057v1 011082.0125