# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Ruth C. Haber
Direct: 212.554.7896  Fax: 917.206-4396
rhaber@mosessinger.com





April 25, 2011

**VIA FACSIMILE (212-805-7942)**
Honorable Alvin K. Hellerstein
United States District Court
United States Court House
500 Pearl Street, Room 1050
Courtroom: 14D
New York, New York 10007

Re: Sovereign Bank v. Northern Leasing Systems, Inc.
    Case No. 10 Civ. 5530 (AKH)

Dear Judge Hellerstein:

This office represents Defendant in the above-referenced action.

By endorsement on the parties' March 30, 2011 request for an adjournment of the oral argument of Plaintiff's motion for summary judgment, your Honor dismissed the action due to the settlement discussions between the parties "subject to restoration by either party within thirty (30) days, on notice." Thirty (30) days from the date of your dismissal is April 29, 2011.

I am writing with the consent of counsel for Plaintiff to request an additional forty-five (45) day period within which to seek restoration of the case. Although the settlement discussions have been ongoing, and progress is being made, we have not yet reached a settlement, and we will not have a finalized settlement by April 29, 2011. We do not think it would be to any party's benefit to restore the case and the motion to the calendar at this point, and thus are requesting the additional time. I note as well that my colleague, Arnold Bressler, Esq., who has been actively involved with settlement discussions on behalf of Defendant, suffered the death of a family member last week, and has been, and will be, unavailable, for the coming week.

Accordingly, we respectfully request that your Honor extend the time within which either party may seek to restore the action for an additional forty-five (45) days.

## MOSES & SINGER LLP

Honorable Alvin K. Hellerstein
April 25, 2011
Page 2

Thank you for your consideration.

Respectfully submitted,

Ruth C. Haber

RCH:r

cc: Louis DeLucia, Esq. (Via Facsimile 212-753-5044)