# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Ruth C. Haber
Direct: 212.554.7896  Fax: 917.206-4396
rhaber@mosessinger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11

June 8, 2011

**VIA FACSIMILE (212-805-7942)**
Honorable Alvin K. Hellerstein
United States District Court
United States Court House
500 Pearl Street, Room 1050
Courtroom: 14D
New York, New York 10007

RECEIVED
JUN 08 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

          **Re: Sovereign Bank v. Northern Leasing Systems, Inc.
          Case No. 10 Civ. 5530 (AKH)**

Dear Judge Hellerstein:

      This office represents Defendant in the above-referenced action.

      By endorsement on the parties' March 30, 2011 request for an adjournment of the oral argument of Plaintiff's motion for summary judgment, your Honor dismissed the action due to the settlement discussions between the parties "subject to restoration by either party within thirty (30) days, on notice." Thirty (30) days from the date of your dismissal was April 29, 2011.

      On April 25, 2011 the parties requested a forty-five (45) day extension of the time within which to seek restoration of the case because settlement discussions were continuing. Your Honor granted that extension, to June 13, 2011.

      I am writing again, with the consent of counsel for Plaintiff, to request an additional sixty (60) day period within which to seek restoration of the case. Although the settlement discussions have been ongoing, and progress has been made toward the settlement, we will not have a finalized settlement by June 13, 2011. We do not think it would be to any party's benefit to restore the case and the motion to the calendar at this point, and thus are requesting the additional time.

      Accordingly, we respectfully request that your Honor extend the time within which either party may seek to restore the action for an additional sixty (60) days from June 13, 2011 (or until Friday, August 12, 2011), at which time we hope to have this matter fully resolved.

So ordered
6-13-11
[signature]

## MOSES & SINGER LLP

Honorable Alvin K. Hellerstein
June 8, 2011
Page 2

Thank you for your consideration.

Respectfully submitted,

Ruth C. Haber

RCH:r

cc: Louis DeLucia, Esq. (Via Facsimile 212-753-5044)

876435v1 011082.0125