

## SCHIFF HARDIN LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Louis T. DeLucia
212-745-0853
ldelucia@schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11

June 13, 2011



RECEIVED
JUN 14 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U S D J

<u>VIA FACSIMILE (212-805-7942)</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street, Room 1050
Courtroom 14D
New York, New York 10007

    Re:    **Sovereign Bank v. Northern Leasing Systems, Inc., Case No. 10-CV-5530 (AKH)**
            <u>Plaintiff's Notice of Request for Restoration</u>

Dear Judge Hellerstein:

    This office represents the Plaintiff, Sovereign Bank, in the above-referenced action.

    By endorsement on the parties' March 30, 2011 request for an adjournment of oral argument on Plaintiff's motion for summary judgment, your Honor dismissed the action due to ongoing settlement discussions between the parties "subject to restoration by either party within thirty (30) days, on notice", (the "Restoration Deadline"). Thirty days from the date of dismissal was April 29, 2010. [Endorsed Letter, Docket No. 24]

    On April 25, 2011, the parties requested a forty-five (45) day extension of the Restoration Deadline because settlement discussions were continuing. Your Honor granted that extension to today, June 13, 2011. [Endorsed Letter, Docket No. 25]

    We are writing to advise that the Court and counsel to the Defendant that Plaintiff hereby requests restoration of this case to the active docket. Accordingly, Plaintiff respectfully requests that the Court reschedule oral argument on the Plaintiff's pending motion for summary judgment, which has been fully briefed.

*[Handwritten endorsement:] The parties are to appear before me, by counsel, on June 24, 2011, 10:00 a.m., at a status conference to discuss all pending issues. 6-14-11 /s/ AKHellerstein*

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON



Respectfully submitted,

*Louis T. DeLucia*

Louis T. DeLucia

LTD/mrv

cc:   Ruth C. Haber, Esq. (via Email only)

NY\50991180.1