

**SCHIFFHARDIN**

Louis T. DeLucia
212-745-0853
ldelucia@schiffhardin.com

666 Fifth Avenue, 17th Floor
New York, New York   10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

RECEIVED
AUG 12 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

August 12, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-16-11
```

**VIA FACSIMILE (212-805-7942)**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street, Room 1050
Courtroom 14D
New York, New York 10007

    Re:    **Sovereign Bank v. Northern Leasing Systems, Inc., Case No. 10-CV-5530 (AKH)**
            **Plaintiff's Notice of Request for Restoration**

Dear Judge Hellerstein:

    This office represents the Plaintiff, Sovereign Bank, in the above-referenced action.

    The parties are finalizing settlement documents that will terminate this action and expect that the settlement documents will be signed within a few days.

    By endorsement to the letter requesting an extension, and as discussed at a status conference held on June 24, 2011, the Court ordered the case dismissed subject to reinstatement upon notice by either party on or before August 13, 2011.

    We are writing with the consent of the Defendant to request that the Court further extend for thirty (30) days from the date hereof, the period to reinstate this action. Alternatively, we request that the Court deem this matter, by this letter, to be reinstated to the Court's docket and calendar.

                                          Respectfully submitted,

                                          Louis T. DeLucia

LTD/mrv

cc:    Ruth C. Haber, Esq. (via Email only)

*So Ordered*
*8/17/11*
*[signature] /s/ Alvin K. Hellerstein*

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON